UNITED STATES GOVERNMENT
# MEMORANDUM

| | |
|---|---|
| *DATE:* | December 4, 2007 |
| *TO:* | The Honorable *Myron Thompson*<br>United States District Judge |
| *REPLY TO*<br>*ATTN OF:* | Alfred L. Lancaster<br>Senior United States Probation Officer<br>Middle District of Alabama |
| *SUBJECT:* | **SMITH, Jermaine Bradley**<br>**Dkt. No. 1:02-CR-00034-001 (AL-S)**<br>**TRANSFER OF JURISDICTION** |

### Court Summary:

Jermaine Bradley Smith was sentenced on July 15, 2002, in the Southern District of Alabama by United States District Judge Callie V.S. Granade for prohibited person in possession of a firearm, 18 U.S.C. § 922(g)(1). He was ordered to serve 42 months custody, to be followed by a 3 year term of supervised release. In addition to the standard conditions of supervision, Smith was ordered to pay a $100 assessment fee, and participate in a program of testing and treatment for drug and/or alcohol abuse as directed by the Probation Office.

Smith's term of supervised release began on January 6, 2006. His supervised release was revoked on February 23, 2007, for using cocaine and failing to participate in drug treatment. Smith was ordered to serve eight (8) months custody to be followed by a 12 month term of supervised release. Smith was released from custody on July 16, 2007, to begin his one year term of supervised release.

### Supervision Summary:

Since his release from custody, Smith has been arrested for harassment and tested positive for cocaine. He was arrested on August 21, 2007, by the Montgomery Police Department following an altercation with Walter McKnight and Christopher Collins. According to the deposition, as the complainants were inspecting a rental house where Smith's sister resided, they were attacked by Smith and his brother. The complainants stated that they were punched and kicked numerous times about their bodies as well as struck with an unidentified object. Smith has entered a plea of not guilty in Montgomery Municipal Court and the case is scheduled for trial on December 14, 2007. In addition to the above-noted alleged violation conduct, Smith tested positive for cocaine from a urine sample collected on September 25, 2007. He is currently enrolled in the intensive outpatient program at the Chemical Addictions Program, Inc., and his attendance has been good. He is currently unemployed as he quit his job due to a disagreement with his employer. Smith resides with his wife and children in Montgomery, Alabama.

### Recommendation:

As Smith has expressed no desire to return to Mobile, Alabama, and has established residence in this district with his wife and children, it is recommended that jurisdiction of his case be transferred to this district. In addition, as revocation procedures and/or punitive sanctions may be imminent, it is recommended that jurisdiction of his case be acquired to allow for a prompt response to any further violation conduct. Should the Court concur with this recommendation, please sign part 2 of the attached documents accepting jurisdiction.

**SMITH, Jermaine Bradley**　　　　　　　　　　　　　　　　　　　　　　　　Memorandum
<u>**RE: Request for Transfer of Jurisdiction**</u>

                                        Respectfully submitted,

                                        <u>/s/ Alfred L. Lancaster</u>
                                        Alfred L. Lancaster
                                        Senior United States Probation Officer

**Reviewed and Approved by:**

<u>/s/ David Ron Thweatt</u>
David Ron Thweatt
Supervisory United States Probation Officer

                                        **APPROVED:**

                                        _____
                                        **United States District Judge/Date**

                                        **DISAPPROVED:**

                                        _____
                                        **United States District Judge/Date**

                                        **COMMENTS:**_____

                                        _____

                                        _____

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 02-00034-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jermaine Bradley smith | DISTRICT Southern District of Alabama | DIVISION Mobile |
|---|---|---|
| | NAME OF SENTENCING JUDGE Granade | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 1/06/2006 — TO 1/05/2009 |

OFFENSE

Prohibited Person In Possession of Firearms

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF ALABAMA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10-2-07
Date

Callie V.S. Granade
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge